WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 4417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

Attorney for Americas Servicing Company, and Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trustee 2006-6AR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Vanessa D. Campbell<br><br><br>Debtor(s). | BK Case No: 09-21995-MKN<br>Adv No: 09-01289-MKN<br><br>Chapter 13 |
| Vanessa D. Campbell,<br><br>      Plaintiff,<br>vs.<br><br>Americas Servicing Company, and Bank of America National Association as Successor by Merger to LaSalla Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trusts 2006-6AR, DOE Corporations 1 through X; and ROE ENTITITES XI through XX,<br><br>      Defendant(s). | |

## STIPULATION AND ORDER OF DISMISSAL

COMES NOW, the Parties in the above entitled matter, by and through counsel, and stipulate as follows:

    1. The Adversary proceeding shall be dismissed.

    2. All pending motions are vacated.

    3. The Plaintiff/Debtor shall vacate the subject premises on or before August 16, 2010.

    4. Defendant can immediately obtain an order and writ of restitution, without bond, effective August 17, 2010, from the Clark County Justice Court proceedings, in the event Plaintiff/Debtor has not vacated the premises and it becomes necessary to have the constable perform an eviction.

    IT IS SO ORDERED.

Respectfully Submitted:

| WILDE & ASSOCIATES | SAMUEL A. SCHWARTZ, ESQ. |
|---|---|
| By _/s/ H. Adams #10235_ | By _/s/_ |
| GREGORY L. WILDE, ESQ. | SAMUEL A. SCHWARTZ, ESQ. |
| 212 S. Jones Blvd. | 701 Bridger Ave., Suite #120 |
| Las Vegas, NV 89107 | Las Vegas, NV 89101 |
| Attorney for Defendants | Attorney for Plaintiff/Debtor |