

**Entered on Docket
August 20, 2010**



Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 4417
212 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

Attorney for Americas Servicing Company, and Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trustee 2006-6AR

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Vanessa D. Campbell

       Debtor(s).

Vanessa D. Campbell.

       Plaintiff,

vs.

Americas Servicing Company, and Bank of America National Association as Successor by Merger to LaSalla Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trusts 2006-6AR, DOE Corporations 1 through X; and ROE ENTITITES XI through XX.

       Defendant(s).

BK Case No: 09-21995-MKN
Adv No: 09-01289-MKN

Chapter 13

## STIPULATION AND ORDER OF DISMISSAL

COMES NOW, the Parties in the above entitled matter, by and through counsel, and stipulate as follows:

    1. The Adversary proceeding shall be dismissed.

    2. All pending motions are vacated.

    3. The Plaintiff/Debtor shall vacate the subject premises on or before August 16, 2010.

    4. Defendant can immediately obtain an order and writ of restitution, without bond, effective August 17, 2010, from the Clark County Justice Court proceedings, in the event Plaintiff/Debtor has not vacated the premises and it becomes necessary to have the constable perform an eviction.

          IT IS SO ORDERED.

Respectfully Submitted:

WILDE & ASSOCIATES                SAMUEL A. SCHWARTZ, ESQ.

By _#10235_                      By _____
GREGORY L. WILDE, ESQ.           SAMUEL A. SCHWARTZ, ESQ.
212 S. Jones Blvd.                    701 Bridger Ave., Suite #120
Las Vegas, NV 89107              Las Vegas, NV 89101
Attorney for Defendants           Attorney for Plaintiff/Debtor

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order. or failed to respond, as indicated below [list each property and whether the party has approved. disapproved. or failed to respond to the document]:

__x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:

__x__ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
__x__ waived the right to review the order and/or     _____ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing. and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _____ failed to respond to the document
_____ appeared at the hearing. waived the right to review the order
_____ matter unopposed, did not appear at the hearing. waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order
_____ waived the right to review the order and/or     _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion. and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor